**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
TRAVIS SINCLAIR,

|                      | Movant,    | 25 **CIVIL** 07015 (PMH) |
|----------------------|------------|--------------------------|
|                      |            | 23 **CRIM** 00503 (PMH)  |
| -against-            |            | **<u>JUDGMENT</u>**       |

UNITED STATES OF AMERICA,

                                           Respondent.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 4, 2026, Sinclair's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is DENIED and no hearing is necessary. As Sinclair has not made a substantial showing of a denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d I 07, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

       March 6, 2026

                                                 **TAMMI M. HELLWIG**

                                         _____

                                                 **Clerk of Court**

**BY:**

                                                 _____

                                                 **Deputy Clerk**